ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
JEFFREY CHEN, CSBN 260516
Special Assistant United States Attorney
　　Social Security Administration
　　160 Spear Street, Suite 800
　　San Francisco, CA  94105
　　Telephone:  (415) 977-8939
　　Facsimile:  (415) 744-0134
　　Email:  Jeffrey.Chen@ssa.gov
Attorneys for Defendant

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| FRANK ZIZZO,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　　　　Defendant. | No. ED CV 11-2009-VBK<br><br>**JUDGMENT OF REMAND** |

　　　　The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") lodged concurrent with the lodging of the within Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation of Remand.

DATED: *July 11, 2012*　　　　　　　　　　*/s/*
　　　　　　　　　　　　　　　　　　HONORABLE VICTOR B. KENTON
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE